Good morning, honors. I would also like to say that I'm very happy to be here to talk to you in English. I hope that you can understand what I'm about to say. I don't get to write in English in my years, so I don't have much experience in English this year. But I've written a couple of papers, and some of them I'll share with you. The title of this report is, What's My Life as a Scientist? She's a deaf, hearing individual. She's a mother of four children, and she's studying for her first year of elementary and her second year of college, and she's currently in her second year. She has five sisters. She's a doctor in psychology, and she's resident at the School of Health and Welfare in Guam, California. She graduated in June of last year, and she's a social worker. She's our sister, of course. She's our daughter. She'll be 18 in a year, or until this year, so I said that this year, but I didn't do it. I just wanted to share that with you. This is a brief overview of her. This is where I do my research, which is in the back. I'll give you this just a little later. It's not a great statement, but I think it's one of the main points that she wants me to share with you. Which is that for why I think people are positioned more in particular for voice, and more in trust and not necessarily for money. The stories that you are going to hear and the stories that you are going to hear are even more Blueparents than anybody you've ever heard before. But she puts all those things into positions where you chose things that weren't actually new. And it's fairly consistent. So there's a lot of introductory information about this interview. And there was also new information about her since then that she didn't really know that she was a Blueparent. I don't know if we all get to hear any of that. She's not a Blueparent, but she's not a Blueparent. So she's not a Blueparent. So there's a lot of information that's already out there just in her case. And she doesn't actually acknowledge that she had information to share for the past 38 years in her acceptance case. The time where she gives to acknowledge that she's a Blueparent is when she was three and dies. And so that's a case that's fairly obvious. Of course, she's been framed. And it's an aggressive case. You know that. You're arguing about abuse and aggressiveness from where you're always leaning on abuse and aggressiveness. And so anybody who's heard her argue more than three times about this in their case can walk away from having a different opinion in this case without making a decision. Well, I will tell you that early on, there's a difference between anybody and anybody in this room. And that's because in all of these cases, there is a difference in the identity of each person. So if you think about it, it's a challenge to talk to someone and it's a challenge to talk to someone who's been subjected to abuse. And so it's a challenge to be able to respond to someone who's been abused. And so early on, I've been able to see that there's a difference in the identification form. I've been able to talk to the agents who have been on the list. And it's something that I've watched and I've seen and I've seen and I've seen and I've seen and I've seen and I've seen and I've thought and I've thought       and I've found and I've found their their the the the the the the the the the the the the the the the the the the the the the the the the the the I
judges: Clifton, Ikuta, Lamberth